petitioners. *Laurence B. Dodds, Miles D. Pillars, Philip F. LaFollette, Leonard A. Watson* and *M. Hudson Rathburn* for respondent.

No. 640. DeBusk *v.* United States. Court of Claims. Certiorari denied. *Charles C. Crenshaw, Sr.* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger* and *Melvin Richter* for the United States.

No. 642. Students Book Co. *v.* Washington Law Book Co. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Nathan L. Silberberg* for petitioner. *William E. Leahy* and *Wm. J. Hughes, Jr.* for respondent.

No. 644. Sylvania Electric Products, Inc. *v.* Barker, Executrix. C. A. 1st Cir. Certiorari denied. *Thomas H. Mahony* for petitioner. *Robert D. Neely* for respondent.

No. 645. Lambert *v.* United States. C. A. 5th Cir. Certiorari denied. *Fred Botts* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 646. Terrasi *v.* South Atlantic Lines, Inc. C. A. 2d Cir. Certiorari denied. *Harry D. Graham* for petitioner. *Louis J. Gusmano* for respondent.

No. 649. Songy et al. *v.* Godchaux Sugars, Inc. Twenty-Ninth Judicial District Court of Louisiana, Parish of St. John the Baptist. Certiorari denied.